# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOE FERNANDEZ,

    Plaintiff,

vs.                              CASE NO.:8:12-cv-1521-T-30TBM

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff and the Defendant, by and through the undersigned counsel, and hereby states as follows:

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and fees.

Date: _____January 18, 2013_____

| | |
|---|---|
| s/ *Gregory D. Swartwood* | s/ *Steven D. Lehner* |
| Gregory D. Swartwood, Esquire | Steven D. Lehner, Esquire |
| Florida Bar No.: 858625 | Florida Bar No.: 0039373 |
| The Nation Law Firm, LLP | Hinshaw & Culbertson LLP |
| 570 Crown Oak Centre Drive | 100 South Ashley Drive, Suite 500 |
| Longwood, FL 32750 | Tampa, FL, 33602 |
| Telephone: (407) 339-1104 | Telephone: (813) 276-1662 |
| Facsimile: (407) 339-1118 | Facsimile: (813) 276-1956 |
| E-mail: gswartwood@nationlaw.com | E-mail: slehner@hinshawlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

This motion/petition/stipulation has been duly considered and is hereby __GRANTED__, this __21__ day of __JANUARY__, 20__13__.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE